# Court of Appeals
# of the State of Georgia

ATLANTA,  February 06, 2024

*The Court of Appeals hereby passes the following order:*

**A24I0116. THE STATE v. MARQUAVIUS MEADOWS.**

The State charged Marquavius Meadows with carrying a weapon without a valid license. Meadows filed a general and special demurrer, and on January 5, 2024, the trial court dismissed the charge. After obtaining a certificate for immediate review, the State filed this interlocutory application.

The trial court's order is subject to direct appeal under OCGA § 5-7-1 (a) (1), which permits the State to appeal "an order, decision, or judgment setting aside or dismissing any indictment, accusation, or a petition alleging that a child has committed a delinquent act, or any count thereof." See *State v. Mendoza*, 190 Ga. App. 831, 831 (1) (380 SE2d 357) (1989). Moreover, pursuant to OCGA § 5-7-2 (b) (2), the State was not required to obtain a certificate of immediate review.

This Court will grant an otherwise timely application for interlocutory appeal if the lower court's order is subject to direct appeal. *Spivey v. Hembree*, 268 Ga. App. 485, 486, n. 1 (602 SE2d 246) (2004). Accordingly, this application is hereby GRANTED. The State shall have ten days from the date of this order to file a notice of appeal with the trial court if it has not already done so. See OCGA § 5-6-34 (b).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/06/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*